IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE MOSES WILLIS,

    Plaintiff,                    No. CIV S-05-0267 MCE CMK

    vs.

CONTRACTORS STATE LICENSE BOARD,

    Defendant.                <u>ORDER</u>

        Plaintiff, proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: May 2, 2005.

    /s/   **CRAIG M. KELLISON**
    Craig M. Kellison
    UNITED STATES MAGISTRATE JUDGE